IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVE GRAY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:14-CV-1153-WKW |
| | ) [WO] |
| MARK BRUTON, TANISHA PERDUE, MS. McMILLAN, JEFFERSON DUNN, in their individual capacities, | ) |
| Defendants. | ) |

## **ORDER**

On January 22, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 68.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation (Doc. # 68) is ADOPTED;

(2) Defendants' motions for summary judgment (Doc. # 25, 33) are GRANTED; and

(3) This action is DISMISSED without prejudice under *Heck v. Humphrey*, 512 U.S. 477 (1994).

A final judgment will be entered separately.

DONE this 12th day of February, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE